

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Jenny Ann Vance, as Trustee for the Heirs and Next of Kin of Darren Robert Jahnke,

    Plaintiff,

vs.

County of Ramsey, Minnesota; Ramsey County Sheriff's Deputy Andre Rongitsch, in his individual and official capacities; Ramsey County Sheriff's Deputy Lisa Daly, in her individual and official capacities; Ramsey County Sheriff's Deputy Douglas Haider, in his individual and official capacities; Ramsey County Sheriff's Deputy Sara Naglosky in her individual and official capacities,

    Defendants.

Court File No: 20-cv-00949-NEB-TNL

**MOTION FOR ADDITIONAL TIME TO RESPOND TO THE MOTION OF DEFENDANTS COUNTY OF RAMSEY, MINNESOTA, ET AL. TO DISMISS THE COMPLAINT**

---

Pursuant to rule 6b, Fed. R. Civ. P., Plaintiff hereby respectfully requests additional time to respond to the Motion of Defendants Ramsey County, Minnesota, et al., to Dismiss the Complaint, filed on June 12, 2020. Plaintiff requests an extension of 45 days to review the motion and to obtain legal representation. Plaintiff has consulted with the *Pro Se* Project and anticipates further consultation with a volunteer attorney prior to submitting a response to the Defendants' motion.

DATED: This 24th day of June, 2020    By: _____

    Jenny Ann Vance, *Pro Se* Litigant
    303 Dakota Ct South
    Woodville, WI 54028